[No. 24129-7-III. Division Three. March 30, 2006.]

DEBRA M. HUNT, *Respondent*, v. DEBORAH D. ELLSWORTH, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-03728-6, Tari S. Eitzen, J., entered April 26, 2005. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Schultheis, J.

[No. 56138-3-I. Division One. April 3, 2006.]

BRADLEY BAXTER, *Individually and as Co-Personal Representative*, ET AL., *Appellants,* v. C4WD III, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-11116-0, Thomas J. Wynne, J., entered March 18, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Baker, JJ.

[Nos. 53250-2-I; 55488-3-I. Division One. April 3, 2006.]

*In the Matter of the Personal Restraint of* JACOB DANIEL BOWMAN, *Petitioner.*

*In the Matter of the Personal Restraint of* JOHNNY NAV, *Petitioner.*

Petitions for relief from personal restraint. *Denied* by unpublished opinion per Appelwick, C.J., concurred in by Ellington and Dwyer, JJ.

[No. 54315-6-I. Division One. April 3, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MILES M. VON MINDEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-02996-1, George T. Mattson, J., entered June 30, 2004. *Affirmed* by unpublished per curiam opinion.